IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:87-CV-1205-MHT |
| TOWN OF FAUNSDALE ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

By order entered February 6, 2007, (Doc. No. 3), the defendant Town of Faunsdale was ordered to show cause, if any there be, in writing by April 5, 2007, as to why the joint motion to show cause (Doc. No. 2) should not be granted. No response has been filed by defendant.

There being no objection to the motion for final dismissal of this action, and Alabama Act No. 2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)   Said motion to dismiss is GRANTED.

(2)   It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree and order of the court entered April 29, 1988, providing that the Town Council of the Town of Faunsdale consist of five members elected at-large, without designated or numbered places, with the five candidates receiving the most votes being elected, and each voter casting no more than two votes.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Town of Faunsdale is dissolved.

(4) All claims against the defendant Town of Faunsdale in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this ___ day of April, 2007.

_____
**UNITED STATES DISTRICT JUDGE**